# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| 3M COMPANY, | Court File No.: 0:20-cv-01314 (SRN/TNL) |
| Plaintiff, | |
| v. | |
| MATTHEW STARSIAK, AMK ENERGY SERVICES LLC, and JOHN DOES 1 THROUGH 10, whose true names are largely unknown, | **DEFENDANTS' RULE 12(b)(2) MOTION TO DISMISS** |
| Defendants. | |

---

TO: Plaintiff and its attorneys, Kerry L. Bundy, John W. Ursu, Peter M. Routhier, Michael M. Sawers, Isaac B. Hall, and David F. Gomez, FAEGRE DRINKER BIDDLE & REATH LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901; and Peter W. Baldwin, FAEGRE DRINKER BIDDLE & REATH LLP, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036

Defendants Matthew Starsiak and AMK Energy Services LLC, by and through their attorneys, Meagher & Geer, P.L.L.P., hereby move to dismiss this matter pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction over the defendants. The basis of this motion is set forth in the accompanying memorandum of law and is supported by the declaration submitted therewith and its accompanying exhibits, and any responsive pleadings, as well as the arguments of counsel and all of the files, records and proceedings herein.

**MEAGHER & GEER, P.L.L.P.**

Dated: June 24, 2020	By: s/Robert W. Vaccaro
Timothy R. Schupp (#130837)
Robert W. Vaccaro (#313750)
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
Email: tschupp@meagher.com
rvaccaro@meagher.com

*Attorneys for Defendants Matthew Starsiak and AMK Energy Services LLC*