UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>MATTHEW STARSIAK,<br>AMK ENERGY SERVICES LLC, and<br>JOHN DOES 1 THROUGH 10, whose<br>true names are largely unknown,<br><br>  Defendants. | Court File No.: 0:20-cv-01314 (SRN/TNL)<br><br>**DECLARATION OF MATTHEW I.<br>STARSIAK IN SUPPORT OF<br>DEFENDANTS' RULE 12(b)(2)<br>MOTION TO DISMISS** |

Pursuant to 28 U.S.C. § 1746, I, Matthew I. Starsiak, hereby declare as follows:

1. My name is Matthew I. Starsiak. The matters set forth herein are true of my own personal knowledge. If called to testify, I could and would competently testify as to the facts set forth herein.

2. I reside in Bountiful, Utah. At all times relevant to the Complaint in this matter, I was a citizen of the State of Utah.

3. I am a former United States Marine. I served in the United States Marine Corps for approximately twenty-three years and eight months as both an Enlisted Non-Commissioned Officer and as a Commissioned Officer, as reflected on my DD Form 214, a true and correct copy of which is attached hereto as **Exhibit A** (with redactions inserted in place of my social security number). I retired from the Marine Corps with an honorable discharge in 2015.

1

4. I have a service-connected disability. The United States Department of Veterans Affairs ("VA") initially determined that I was 90% disabled. A true and correct copy of my November 16, 2016 summary of benefits correspondence from the VA is attached hereto as **Exhibit B** (with redactions inserted in place of my VA claim number).

5. Subsequently, the VA determined that I am 100% disabled. A true and correct copy of June 22, 2020 correspondence from the VA is attached hereto as **Exhibit C**.

6. I am the founder and owner of AMK Energy Services LLC ("AMK"). I founded AMK in 2017 with the intent of supporting fellow disabled veterans in obtaining employment by providing humanitarian services such as HUD home reconstruction and affordable residential and commercial housing projects.

7. AMK is a Utah limited liability company. A true and correct copy of the business profile for AMK from the Utah Division of Corporations and Commercial Code is attached hereto as **Exhibit D**.

8. AMK has been verified by the United States Department of Veterans Affairs as a Service-Disabled Veteran-Owned Small Business (SDVOSB). A true and correct copy of the letter announcing said verification is attached hereto as **Exhibit E**.

9. AMK assists in disaster relief operations, largely by hiring former veterans as independent contractors. AMK has assisted disaster relief projects in the United States and Puerto Rico.

10. Neither I nor AMK am registered to transact business in the State of Minnesota.

11. Neither I nor AMK maintain any offices, bank accounts, or real property in Minnesota.

12. Neither I nor AMK advertise or solicit business in Minnesota, or otherwise direct activities to the state of Minnesota.

13. Neither I nor AMK have any agents for service of process in Minnesota.

14. I have never traveled to the State of Minnesota, either in connection with the activities alleged in the Complaint or for any other purpose.

15. Neither I nor AMK have ever sold a single 3M respirator in the commercial arena to any customer. Neither I nor AMK are currently making any effort to broker or sell 3M respirators, nor do we intend to do so in the future.

I declare under penalty of perjury that the foregoing is true and correct.

This 23rd day of June, 2020.

_____
Matthew L. Starsiak