| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| STARSIAK, MATTHEW INFANTE | USMC-11 | [redacted] |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| MAJ | O4 | 19690319 | 00000000 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| SALT LAKE CITY, UTAH 84119 | HYDE PARK, UTAH 84318 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| H&S BN MARFORPAC, CAMP SMITH HI | IPAC HAWAII (45650) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| CMC (MMSB-20) RUC 54881 | NONE / AMOUNT: $ 400,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 7202, AIR CMD CNTRL OFF, 14 YEARS, 01 MONTH<br>7277, WPNS TACT INST - AIR CMD & CNTRL, 13 YEARS, 05 MONTHS<br>7204, LOW ALTITUDE AIR DEFENSE OFFICER, 14 YEARS, 01 MONTH<br>7208, AIR SUPPORT CONTROL OFFICER, 14 YEARS, 01 MONTH<br>9702, JOINT SPECIALTY OFFICER (JSO), 02 YEARS, 08 MONTHS | a. DATE ENTERED AD THIS PERIOD | 2002 | 06 | 17 |
| | b. SEPARATION DATE THIS PERIOD | 2015 | 08 | 31 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 13 | 02 | 14 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 05 | 10 | 13 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 04 | 07 | 04 |
| | f. FOREIGN SERVICE | 00 | 00 | 03 |
| | g. SEA SERVICE | 00 | 07 | 04 |
| | h. INITIAL ENTRY TRAINING | 00 | 00 | 00 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2007 | 12 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| DEFENSE MERITORIOUS SERVICE MEDAL, MERITORIOUS SERVICE MEDAL, NAVY AND MARINE CORPS COMMENDATION MEDAL (2), NAVY AND MARINE CORPS ACHIEVEMENT MEDAL, ARMY ACHIEVEMENT MEDAL, JOINT MERITORIOUS UNIT AWARD, NAVY MERITORIOUS UNIT COMMENDATION (2), SELECTED MARINE CORPS RESERVE MEDAL, NATIONAL DEFENSE SERVICE MEDAL (2), ARMED FORCES EXPEDITIONARY MEDAL (EAST TIMOR), SEE REMARKS. | JOINT PME PH II (INTERMEDIATE) (M56), 6 WKS, 04/2013<br>USMC COMMAND AND STAFF COLLEGE CAPSTONE (RZA), 52 WKS, 06/2008<br>COMMAND AND STAFF DEP (DCONTD) (T4Y), 24 WKS, 06/2008<br>LIGHT ARMORED VEHICLE REPAIRMAN (GBD), 16 WKS, 07/2005<br>TANK SYSTEM MECHANIC (GBN), 28 WKS, 07/2005<br>SEE REMARKS |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | x |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | x |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ___ ) | | x |

| 16. DAYS ACCRUED LEAVE PAID | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| 34.5 | | | x |

**18. REMARKS**
SERIAL # 4149449 /EDIPI 1158486969. ITEM NO. 13 CONT. GLOBAL WAR ON TERRORISM SERVICE MEDAL, KOREAN DEFENSE SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON (3), CERTIFICATE OF COMMENDATION (INDIVIDUAL AWARD), CERTIFICATE OF APPRECIATION, LETTER OF APPRECIATION (3), MERITORIOUS MAST, EXPERT RIFLE QUALIFICATION BADGE (5), EXPERT PISTOL QUALIFICATION BADGE (6). ITEM NO. 14 CONT. M1A1 TANK TURRET MECHANIC (GBP), 16 WKS, 07/2005. EXPEDITIONARY WARFARE SCHOOL (H5F), 52 WKS, 05/2006. AIR DEFENSE CONTROL OFFICER AN/TYQ-2 (67P), 12 WKS, 07/2006. LAAD BASIC GUNNER (214), 12 WKS, 11/1984. (WTI) - PILOT/NAVAL FLIGHT OFFICERS (P2A), 8 WKS, 05/2002. AIR SUPPORT CONTROL OFFICER (T0A), 11 WKS, 11/1981. MEMBER PARTICIPATED IN USGET/UNTAET, EAST TIMOR, 20010409-20010411. MARINE CORPS MARTIAL ARTS. CONTINUED ON CONTINUATION SHEET.
The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 3130 SOUTH 400 EAST, BOUNTIFUL, UT 84010 | LORI STARSIAK (SPOUSE) 3130 SOUTH 400 EAST, BOUNTIFUL, UT 84010 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | UT OFFICE OF VETERANS AFFAIRS | x YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | x YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| [signature] | 20150602 | R. A. HOSEY, GS-07, SEPARATIONS HR ASSISTANT [signature] | 20150602 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RETIRED | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN 2003 | RBD8 | N/A |

**28. NARRATIVE REASON FOR SEPARATION**
SUFFICIENT SERVICE FOR RETIREMENT

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| NONE | [initials] |

DD FORM 214, AUG 2009    PREVIOUS EDITION IS OBSOLETE.    MEMBER - 4
Adobe Designer 8.0

**EXHIBIT A**

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY** *(Continuation Sheet)*
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME *(Last, First, Middle)* STARSIAK, MATTHEW INFANTE | 2. DEPARTMENT, COMPONENT AND BRANCH USMC-11 | 3. SOCIAL SECURITY NUMBER ▉▉▉ | ▉▉ | ▉▉▉▉ |

*(Specify the item number of the block continued for each entry.)*

SERIAL # 4149449 /EDIPI: 1158486969. ITEM NO. 18 CONT. PROGRAM: GRAY BELT. NON-CREDITABLE DELAYED ENTRY PROGRAM TIME 19910814 TO 19911229.

| 21a. MEMBER SIGNATURE *(signature)* | b. DATE *(YYYYMMDD)* 20150602 | 22a. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title, signature)* R. A. HOSEY, GS-07, SEPARATIONS HR ASSISTANT *(signature)* | b. DATE *(YYYYMMDD)* 20150602 |

DD FORM 214C, AUG 2009

MEMBER - 4
Adobe Designer 8.0

**Department of Veterans Affairs**

459 PATTERSON RD
HONOLULU HI 96819

November 16, 2016

Veteran's Name:
Starsiak, Matthew, Infante

MATTHEW I STARSIAK
3130 S 400 E
BOUNTIFUL UT  84010

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

### Personal Claim Information:
Your VA claim number is: ▮▮▮▮▮▮▮▮
You are the Veteran

### Military Information:
Your character(s) of discharge and service date(s) include:
   Marine Corps, Honorable, 06-Oct-1997 - 31-Aug-2015
(You may have additional periods of service not listed above)

### VA Benefits Information:
Service-connected disability:  Yes
Your combined service-connected evaluation is:  90 PERCENT
The effective date of the last change to your current award was:  01-MAR-2016
Your current monthly award amount is:  $1,995.48

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

### Need Additional Information or Verification?
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.va.gov.

Sincerely yours,

Regional Office Director

EXHIBIT B

## VA Benefit Details

**SERVICE-CONNECTED DISABILITY:** A condition incurred during or aggravated by military service, for which the Veteran is receiving VA benefits.

**COMBINED SERVICE-CONNECTED EVALUATION:** The Veteran's disability rating for all conditions determined to be service-connected.

**CURRENT MONTHLY AWARD AMOUNT:** The monthly monetary benefit paid to the Veteran or survivor receiving benefits under a VA program.

**NON-SERVICE-CONNECTED PENSION:** Benefit for a non-service connected Veteran who meets specific criteria, which include disability or age, wartime service, minimum length of service, and income restrictions. If a Veteran is eligible for service-connected benefits and pension benefits, VA will pay the higher benefit.

**INDIVIDUAL UNEMPLOYABILITY (IU):** The Veteran is receiving payment at the 100 percent rate, even though the combined service-connected evaluation is not 100 percent. The Veteran's service-connected conditions cause him/her to be unable to obtain or maintain substantially gainful employment because of the Veteran's service-connected conditions. The Veteran must periodically certify continued unemployability, but if there is no scheduled future reduction or medical examination required, he/she may be considered by some states to be permanently and totally disabled.

**PERMANENT AND TOTAL (P&T) DISABILITY:** The Veteran is considered by VA to be permanently and totally disabled because of his/her service-connected conditions.

**SPECIAL MONTHLY COMPENSATION:** The Veteran is receiving additional compensation for one or more of the following: a service-connected loss of or loss of use of one or more specific organs or extremities; a combination of severe disabilities; is 100 percent disabled and housebound, bedridden, or in the need of the aid and attendance of another person.

**SPECIALLY ADAPTED HOUSING and/or SPECIAL HOME ADAPTATION GRANT:** Grants provided by VA to service-connected veterans and service members to help build a new specially adapted house, to adapt a home they already own, or buy a house and modify it to meet their disability-related requirements.

## Wartime Service Periods

**Mexican Border Period:** May 9, 1916, through April 5, 1917, for veterans who served in Mexico, on its borders or in adjacent waters.

**World War I:** April 6, 1917, through Nov. 11, 1918; for veterans who served in Russia, April 6, 1917, through April 1, 1920; extended through July 1, 1921, for veterans who had at least one day of service between April 6, 1917, and Nov. 11, 1918.

**World War II:** Dec. 7, 1941, through Dec. 31, 1946.

**Korean War:** June 27, 1950, through Jan. 31, 1955.

**Vietnam War:** Aug. 5, 1964 (Feb. 28, 1961, for veterans who served "in country" before Aug. 5, 1964), through May 7, 1975.

**Gulf War:** Aug. 2, 1990, through a date to be set by law or Presidential Proclamation.



**Department of Veterans Affairs**
6437 Garners Ferry Road
Columbia, SC 29209

June 22, 2020

MATTHEW STARSIAK
3130 S 400 E
BOUNTIFUL UT 84010

In Reply Refer To:   319/NCC/EH
CSS XXXXX5203
Starsiak M I

Dear Matthew Infante Starsiak,

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information
Your VA claim number is: XXXXXX203
You are the Veteran.

## Military Information
The character(s) of discharge and service date(s) of the veteran include:
Honorable, Marine Corps, 10/06/1997-08/31/2015
(There may be additional periods of service not listed above)

## VA Benefits Information
Service-connected disability: Yes
Your combined service-connected evaluation is: 100%
Your current monthly award amount is: $3,557.18
Are you entitled to a higher level of disability due to being unemployable: No
Are you considered to be totally and permanently disabled due to your service-connected disabilities: Yes: Effective date 4/10/2019
Are you service-connected for loss of or loss of use of a limb, or are you totally blind in or missing at least one eye: No
Have you received a Specially Adapted Housing (SAH) and/or Special Home Adaptation (SHA) grant: No

You should contact your state or local office of veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of veterans' affairs are available at http://www.va.gov/statedva.htm.

**EXHIBIT C**

## Do You Have Questions or Need Assistance?

If you have any questions, you may contact us by telephone, e-mail, or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-800-827-1000.<br>If you use a Telecommunications Device for the Deaf (TDD), the number is 711. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.custhelp.va.gov. |
| Write | Put your full name and VA file number on the letter.  Please send all correspondence to the address below:<br>Department of Veterans Affairs<br>Claims Intake Center<br>PO Box 5235<br>Janesville, WI 53547-5235<br>Toll Free Fax: 844-531-7818<br>DID Fax: 248-524-4260 |

With sincere regard for the Veteran's service,

RO Director
VA Regional Office

To email us visit https://iris.custhelp.va.gov

**Do You Know About eBenefits?**
Please be aware that you can change your address or direct deposit, create a benefits letter, check the status of your claim, obtain a copy of your DD 214, and access additional VA benefit information via eBenefits at www.ebenefits.va.gov. To register for an account, you can speak with an eBenefits specialist by dialing 1-800-827-1000 or visit your local VA regional office.

## AMK ENERGY SERVICES LLC

[Update this Business]

**Entity Number:** 10378207-0160
**Company Type:** LLC - Domestic
**Address:** 3130 S 400 E Bountiful, UT 84010
**State of Origin:**
**Registered Agent:** Matthew Infante Starsiak
**Registered Agent Address:**
3130 S 400 E
Bountiful, UT 84010

[View Management Team]

Status: Active

[Purchase Certificate of Existence]

**Status:** Active ● *as of 05/15/2017*
**Renew By:** 05/31/2021
**Status Description:** Current
The "Current" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

[View Filed Documents]

**Registration Date:** 05/15/2017
**Last Renewed:** 03/23/2020

Additional Information

**NAICS Code:** 2389 **NAICS Title:** 2389-Other Specialty Trade Contractors

<< Back to Search Results

Business Name:

Privacy - Terms

**EXHIBIT D**



**DEPARTMENT OF VETERANS AFFAIRS**
**Center for Verification and Evaluation**
**Washington DC 20420**

February 26, 2018
In Reply Refer To: **00VE**

Mr. Matthew Infante Starsiak
AMK Energy Services LLC
DUNS: 104864809
3130s 400e
Bountiful, UT  84010

Dear Mr. Starsiak:

On behalf of the U.S. Department of Veterans Affairs (VA), Center for Verification and Evaluation (CVE), I am writing to inform you that AMK Energy Services LLC has been verified as a Service-Disabled Veteran-Owned Small Business (SDVOSB) and added to the Vendor Information Pages (VIP) at http://www.vip.vetbiz.gov.  AMK Energy Services LLC will be eligible to participate in Veterans First Contracting Program opportunities with VA.

**This verification is valid for three (3) years from the date of this letter.** Please retain a copy of this letter to confirm AMK Energy Services LLC's continued program eligibility in accordance with 38 Code of Federal Regulations (CFR) § 74.12. You may reapply 120 days prior to your expiration date by logging in to your VIP profile.

To promote AMK Energy Services LLC's verified status, you may use the following link to download the logo for use on marketing materials and business cards: http://www.vetbiz.gov/cve_completed_s.jpg. In addition, please access the following link for information on the next steps and opportunities for verified businesses: http://www.va.gov/osdbu/verification/whatsNext.asp.

To ensure that AMK Energy Services LLC is correctly listed in the Vendor Information Pages, check AMK Energy Services LLC's profile for the verified logo.  Please notify us if the logo is not present within 72 hours of receipt of this letter.

While CVE has confirmed that AMK Energy Services LLC is presently, as of the issuance of this notice, in compliance with the regulation, AMK Energy Services LLC must inform CVE of any changes or other circumstances that would adversely affect its eligibility.  Eligibility changes not reported to CVE within 60 days could result in a referral to the Office of Inspector General (OIG), a referral to the Debarment and Suspension Committee, and the initiation of cancellation proceedings—all of which could result in AMK Energy Services LLC being removed from the VIP Verification Program.

*"World Class Professionals*
*Enabling Veteran Business Opportunities by Protecting the Veteran Advantage - One Vet at a Time"*

Page 2.

Mr. Matthew Infante Starsiak

    Please be advised all verified businesses may be required to participate in one or more post-verification audits at CVE's discretion. Additionally, this letter and other information pertaining to AMK Energy Services LLC's verification application may be subject to Freedom of Information Act (FOIA) requests.  However, FOIA disclosures include exceptions regarding the personal privacy of individuals, and VA policy similarly provides limitations on the release of individual records.

    If AMK Energy Services LLC receives a negative size determination from the U.S. Small Business Administration (SBA), CVE must act in accordance with 38 CFR § 74.2(e). Also note, if at any time AMK Energy Services LLC discovers that it fails to meet the size standards for any NAICS Code(s) listed on its VIP profile, CVE requires such NAICS Code(s) be removed within five (5) business days. If the NAICS Code(s) are not removed within the allotted five (5) business days, CVE may request SBA conduct a formal size determination. In addition, CVE may initiate a referral to OIG, a referral to the Debarment and Suspension Committee, and pursue cancellation proceedings.  All of the aforementioned referrals and procedures could result in AMK Energy Services LLC being removed from the VIP Verification Program.

    Thank you for your service to our country and for continuing to serve America through small business ownership.

                                                            Sincerely,

                                                             Thomas J. McGrath
                                                             Director
                                                            Center for Verification and Evaluation