# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY, | Court File No.: 0:20-cv-01314 (SRN/DTS) |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| MATTHEW STARSIAK, | **ROBERT W. VACCARO** |
| AMK ENERGY SERVICES LLC, and | |
| JOHN DOES 1 THROUGH 10, whose true names are largely unknown, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Robert W. Vaccaro, hereby declare as follows:

1. I am one of the attorneys representing Defendants Matthew Starsiak and AMK Energy Services LLC in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of Transcript of Telephonic Motion Hearing Before the Honorable Allen Winsor, United States District Judge, in the matter *3M Company v. 1 Ignite Capital, LLC, et al.*, Case No. 4:20-cv-225, dated May 7, 2020.

I declare under penalty of perjury that the foregoing is true and correct. This 25th day of June, 2020.

                                                s/Robert W. Vaccaro
                                                Robert W. Vaccaro