# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>   Plaintiff,<br><br>vs.<br><br>MATTHEW STARSIAK,<br>AMK ENERGY SERVICES LLC, and<br>JOHN DOES 1 THROUGH 10,<br>whose true names are largely unknown.<br><br>   Defendants. | CASE NO. 0:20-CV-01314 (SRN/DTS)<br><br>SUPPLEMENTAL DECLARATION<br>OF HALEY SCHAFFER |

I, Haley Schaffer, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1. I am a resident of the State of Minnesota; over the age of 18; and competent to make this declaration. I could and would testify as to the matters set forth herein if called upon to do so.

2. I am a Senior Counsel to at 3M Company.

3. I was in the State of Minnesota when I received all the communications described in this Declaration and my prior Declaration filed in support of 3M's motion.

4. On June 4, 2020, I received an email from Defendant Matthew Starsiak. The June 4 Starsiak email is attached hereto as **Exhibit 1**.

5. On June 4, 2020, I received an email from a person named Kim Shafer. The June 4 Shafer email is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 25th day of June, 2020.

                                                __*/s/ Haley Schaffer*_____
                                                Haley Schaffer