# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY, | Court File No.: 0:20-cv-01314 (SRN/DTS) |
| Plaintiff, | |
| v. | |
| MATTHEW STARSIAK, AMK ENERGY SERVICES LLC, and JOHN DOES 1 THROUGH 10, whose true names are largely unknown, | **DECLARATION OF ROBERT W. VACCARO** |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Robert W. Vaccaro, hereby declare as follows:

1. I am one of the attorneys representing Defendants Matthew Starsiak and AMK Energy Services LLC in the above-captioned matter.

2. Attached hereto as Exhibit A are true and correct copies of excerpts from the transcript of the deposition of Matthew Starsiak, taken on July 27, 2020.

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the transcript of the deposition of Haley Schaffer, taken on July 31, 2020.

4. Attached hereto as Exhibit C are true and correct copies of emails between Eric Schuster and Ivan Fong dated April 27, 2020.

5. Attached hereto as Exhibit D are true and correct copies of emails between Eric Schuster and Ivan Fong dated May 10, 2020.

6. Attached hereto as Exhibit E is a true and correct copy of an email between Mica Xavier and Haley Schaffer dated May 11, 2020.

7. Attached hereto as Exhibit F is a true and correct copy of a 3M transcription of Audio File DEFS003768.

8. Attached hereto as Exhibit G is a true and correct copy of document entitled "Paymaster Instructions" and "Notice of Broker Position."

9. Attached hereto as Exhibit H is a true and correct copy of an email from Matthew Starsiak to Eric Schuster dated May 9, 2020.

I declare under penalty of perjury that the foregoing is true and correct. This 10th day of August, 2020.

                                                s/Robert W. Vaccaro
                                                Robert W. Vaccaro