# EXHIBIT F

```
 1
 2
 3
 4
 5
 6
 7
 8
 9      Transcription of Audio File DEFS003768
10              Audio Runtime:  0:31:04
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**EXHIBIT F**

1    (Beginning of audio recording.)
2    AUTOMATED VOICE:  This call is being recorded.
3    MARK WRIGHT:  Mark Wright.
4    MATT STARSIAK:  Mark, Matt Starsiak.
5    MARK WRIGHT:  Hey, scratchy.  How you doing
6  today?
7    MATT STARSIAK:  I'll give you some updates after
8  this.  I was just on with Kim with some things.  So
9  we'll talk after this.  All good, though.
10    MARK WRIGHT:  We have a great 2 o'clock.  You
11  might want to fly by, if you can.
12    MATT STARSIAK:  Okay.  Will do.
13    MARK WRIGHT:  Is it Saturday yet?  Are we there
14  yet?
15    MATT STARSIAK:  We're close.
16    MARK WRIGHT:  Sound like you been partying all
17  night, buddy.
18    MATT STARSIAK:  Oh, yeah.  Partying in government
19  meetings is the best type.
20    MARK WRIGHT:  Mark Wright.
21    MIKA XAVIER:  Mika Xavier.
22    MATT STARSIAK:  Hey, Mika.
23    MIKA XAVIER:  Hello, all.
24    MATT STARSIAK:  Just sent you (inaudible) number
25  as well.  I'm sure you probably have it from the

1  email, but I sent you the -- the number just to
2  confirm.
3    MIKA XAVIER:  Thank you.
4    MATT STARSIAK:  It's in a group chat just for the
5  three of us.
6    MARK WRIGHT:  Matt, you going to lead?
7    MATT STARSIAK:  Okay.
8    MARK WRIGHT:  We have a 2 o'clock.  You might
9  (inaudible).  Mark Wright.  Hello?  Mark Wright.
10    HALEY SCHAFER:  Hello, this is Haley Schafer from
11  3M.
12    MATT STARSIAK:  Hi, Haley.  It's Mark Wright and
13  -- go ahead.
14    HALEY SCHAFER:  I have two of my colleagues
15  joining, as well, so Mark Wright on the call.  Anyone
16  else from your end?
17    MATT STARSIAK:  It's Mika Xavier and Matthew
18  Starsiak, CEO of AMK Energy Sources.
19    HALEY SCHAFER:  And any of the 3M colleagues on
20  the line?
21    JOEL VAN HEISS:  This is Joel from 3M.  Yeah.
22    HALEY SCHAFER:  Okay, excellent.  And Mike
23  Gannon?
24    MIKE GANNON:  Yep, hello.
25    HALEY SCHAFER:  Excellent.  Thank you.  So I have

1  Joel Van Heiss (phonetic) on the call and Mike Gannon,
2  who are two of my colleagues also working on our
3  respirator issues with me.
4    MATT STARSIAK:  Perfect.  Well, thank you,
5  everybody.  I really appreciate you coming to this
6  call.  So I had some -- we had some good discussions
7  with Haley this morning, and we'll just kind of go
8  over an overview.  Haley, have you had a chance to
9  kind of give them some background, or do you want us
10  to do that?
11    HALEY SCHAFER:  You know, I've given them a
12  little background, but we haven't spoken.  So it'd be
13  great if you started from the beginning.
14    MATT STARSIAK:  Okay, perfect.  Well, let me give
15  you a little bit of background on myself and our
16  company and what we're doing here for -- in support of
17  3M to bring some of the governments that we work with,
18  1860s, the respirators, but my name is Matthew
19  Starsiak, CEO of AMK Energy Services.
20    My background is I spent 24 years in the Marines
21  Corps, works with the State Department during those
22  years because I ran the air war for Iraq and
23  Afghanistan on the Marine Corps side.  And I ran the
24  counter drug air war for the U.S. Government
25  throughout Latin America, Asia, Bahamas, Caribbean,

1  and Africa.
2    So most of my background was doing government
3  service either in the air war, drug war, or
4  humanitarian assistance operations.  I worked running
5  the air coordination for Myanmar and (inaudible) to
6  the tidal waves for Haiti after the earthquakes and
7  then Puerto Rico.  We're actually the second-largest
8  contractor for Puerto Rico working with FEMA for
9  rebuilding hut homes after the recent hurricanes but
10  also after some of the earthquakes, as well, and we
11  did the same throughout Texas, Louisiana, Florida, and
12  California for the wildfires.
13    So back in 2000, I built a company called -- this
14  company called AMK Energy Services to fund and
15  construct government infrastructure projects
16  specifically for disaster relief for many of the
17  governments that needed it at the time.
18    So we -- that's what brought us here is we had
19  many governments reach out and ask for support.  We
20  support the governments with things like bridges,
21  roads, airports, highways.  We'll do construction for
22  bases, rebuiling government infrastructure.
23    But many of these governments were asking if we
24  could supply them PPE, the U.S. government as well as
25  -- we work with about 37 different countries around

Page 6

1  the world.  So we -- we met a group called Redstone,
2  and we basically -- they were a distributor for 3M,
3  and we asked what was the process, if we could work
4  together with them and basically bring in equipment or
5  bring in orders for some of the 3M equipment, some of
6  the government agencies.
7       So they walked us through the process.  We went
8  through, you know, for the last two, three weeks,
9  we've been going through this where with the
10 government attestation letter that's needed, the
11 appointment letter for the agency that's representing
12 the government.  We receive the 3M templates.  We're
13 aware of all the changes that happen on a continual
14 basis, both on the compliance side in regards to POF
15 and banking and -- and then some of the issues that
16 are going on with -- with FEMA and the ceased lots and
17 how 3M has to certify and make sure it's the correct -
18 - the lots.  And so we've been going through this
19 whole process.
20      So one of our clients, as Haley might have
21 mentioned, are -- are clients that participate in a --
22 in a trillion-dollar charity.  Mr. Branson with
23 SpaceX, the Bill Gates Foundation are members of this,
24 as well as other very wealthy individuals.
25      And so last week, we had received a paperwork

Page 7

1  form, and we -- we were submitting the paperwork, and
2  one of the requirements in addition to the LOI in your
3  required format and in addition to the government
4  attestation letter and also the appointment letter was
5  a POF.  And a POF -- we have a (inaudible) attorney,
6  Ramine Hariri (phonetic), and the POFs needed to go
7  with -- according to what we were told, attorney to
8  attorney from the buyer's attorney to our attorney and
9  then to the 3M attorney when the package was
10 submitted.  And then that would complete the package
11 of those all required documents and basically we'd be
12 able to submit an order for -- or how it's working is
13 we are notified of different lots that are available,
14 and then if the buyer is happy with the price, the lot
15 is available, and we go back to them.  This is the
16 price.  This is the lot.  And then in order for them
17 to qualify for that lot, they need to put the LOI in
18 and this other paperwork that we just mentioned.
19      But one of the -- you know, Mr. Branson's group
20 said, well, we would like to speak to a 3M attorney
21 because they asked, you know, our attorney are you a
22 3M attorney, and of course our attorney is going to
23 say no.
24      And then they said, well, we'd like to have an
25 actual 3M attorney on the line if we're going to, you

Page 8

1  know, submit a proof of funds, rightly so.  And so we
2  said, well, we will reach out and engage and see if we
3  can facilitate that -- that direct attorney-to-
4  attorney proof of funds in the -- you know, with the
5  bank statement and the -- the bank officer's contact
6  information so 3M can do their due diligence and
7  ensure that everything is -- that's what brings us to
8  this conversation now.  So that was the request.
9       So does that give you a pretty good background as
10 to what the request was to reach out?
11      HALEY SCHAFER:  Yes, I had one question.  In the
12 email, it sounded like you had reached out to 3M
13 attorneys or had been working -- someone had been
14 working with 3M attorneys.  Is that -- is that
15 accurate or I might have misread it.  I read it
16 quickly.
17      MATT STARSIAK:  So this is -- we have -- we have
18 yet, to my knowledge, and my team's on the line --
19 Mark Wright, my operations officer, and Xavier -- Mika
20 Xavier, my compliance officer.  If I'm saying
21 something incorrectly, please jump in, Mika, Mark.
22      But to my knowledge, we have not yet had an
23 actual 3M attorney that has been part of this process,
24 which is why we were -- basically, the -- Mr. Branson
25 and his group, you know, the charities along with the

Page 9

1  Bill Gates Foundation, they were waiting last week in
2  the hope that there would be an attorney reach out to
3  them because they were told that if they submitted the
4  paperwork in the appropriate fashion, we were told
5  that a 3M attorney would reach out to verify
6  everything.  But that's kind of --
7       HALEY SCHAFER:  Who told you -- who is the buyer
8  that you are relying on to be happy with the price,
9  and how does that process work?
10      MATT STARSIAK:  So that's the charity that we're
11 referring to, the charity that wants to --
12      HALEY SCHAFER:  Okay.
13      MATT STARSIAK:  They -- they requested to
14 purchase a large amount.  So as we were going through
15 this process, and -- you know, keep in mind, I'm the
16 CEO.  So I'm just seeing it at the above level.  So
17 Mark, if you'd like to jump in or Kim, if you're with
18 us, if you'd like to jump in and kind of walk through
19 that with us how -- how the process is working step by
20 step so we can kind of explain to Haley the process
21 we're seeing on our side.
22      TIM:  You want me to take that or Mark?
23      MATT STARSIAK:  If you could, Tim.  Yes, please.
24      MARK WRIGHT:  Go ahead, Tim.
25      TIM:  Okay.  Yes, getting through the gauntlet of

1 -- of you know, all the people that, you know, have
2 been able to get in the middle of these transactions,
3 it took a while to get to the point that we were very
4 clear we never were dealing with 3M attorneys except
5 on closings after, you know, inspection, STS,
6 everything else. We would get a -- a 3M attorney for
7 the closing itself.
8      But unfortunately, with all the (inaudible), you
9 know, everything else, a lot of the large buyers who
10 are needing to billions of dollars in -- in funds to
11 do these transactions, where they're giving them to
12 transactional attorneys in the chain and being told it
13 was a 3M attorney, they find that a lot of cases those
14 transactional attorneys are working for a broker, who
15 then takes that -- the attorney just literally takes
16 that -- that proof of funds information and turns that
17 over to a group that then goes out and uses that
18 material, that information maybe to, you know, search
19 out other projects or, you know, for whatever other
20 purposes.
21      So for that reason, we became even more jaded and
22 say, look, we don't want to turn any of this loose
23 until we can -- unless we can turn it to an actual 3M
24 attorney. And that's -- that's where we are. That's
25 the situation that we're in.

1      Our attorney is a transactional attorney on our
2 behalf. He is not a 3M attorney. And so even though
3 we have no doubt that we will protect anything that
4 somebody gives us, past attorneys not doing so is --
5 is -- is giving, you know, some hiccups in this. So
6 we're looking for guidance.
7      HALEY SCHAFER: So question. Have you guys --
8 who -- who is your contact? Is your contact with the
9 Gates Foundation and SpaceX, or is it someone else?
10      MATT STARSIAK: Yes. So the Gates Foundation and
11 Mr. Branson, along with other well-known names that
12 you would recognize like Diego, the ex-owner of
13 Chevron. Many group -- many people who don't want to
14 have -- publicly come out and see or state that
15 they're doing this for charities, they usually do this
16 discretely.
17      So that -- these were the people that -- that
18 were waiting last week to talk to a 3M attorney, but
19 we weren't able to -- to do that, which is why over
20 the weekend I had reached out to some of my associates
21 who had reached to Ivan, who Ivan had reached out to
22 you, Haley, to ask if we could facilitate that.
23      Because if they have a 3M attorney that could
24 handle this or talk to them, they would feel much more
25 comfortable. It would make us all feel much more

1 comfortable to ensure we're doing this correctly
2 because the intent here is getting the masks that are
3 in these lots and the production capability that you
4 have into the hands of the people that need it, not
5 only in the U.S. to the governments and hospitals and
6 groups that are needing it now but internationally as
7 well. So -- so that's the intent.
8      MALE VOICE: So who is it that's bringing you
9 lots of 3M respirators available for sale?
10      MATT STARSIAK: So Tim, can you walk through that
11 process of how we see them and that structure?
12      TIM: Sure. There's -- we have -- we have really
13 four different groups. What we've done is set up
14 production orders and production (inaudible) with
15 various 3M groups, and that's what 3M has been pushing
16 to us is to do production orders and (inaudible) and
17 of course --
18      HALEY SCHAFER: Can I -- this is Haley. Can I
19 pause you for one second? Can I pause you? You said
20 3M is pushing toward -- pushing it for you. Who at 3M
21 are you working with?
22      TIM: We're -- let me be clear. The --
23 apologize. The people that we're working with are
24 OEMs and 3M, you know, clients or distributors in the
25 chain. So we have nothing direct with 3M corporate.

1      HALEY SCHAFER: Okay.
2      TIM: The only thing I could say is like the
3 Darcy (phonetic) form and things like that on closing.
4 Again, nothing that would be a transactional deal
5 anyplace along the chain, only on closing do we see
6 one.
7      But we -- you know, we have gone through those
8 channels of getting production structured (inaudible).
9 That we see is the most reliable, but also the
10 (inaudible) Foundation and other, you know,
11 nonprofits, there's -- also worked with -- I'm trying
12 to remember the name. Somehow it's escaped me. It's
13 the Astoria -- not Astoria but the Astor Foundation
14 out of Canada and the U.K. So nonprofits that have
15 gotten involved in this process and have some strong
16 connections that, you know, have been our direct link,
17 sort of -- most direct link.
18      The brokers -- you can't rely on anything the
19 brokers tell you.
20      MALE VOICE: Could you go back to the question
21 about who it is that's actually presenting you lots of
22 3M respirators that are available for sale?
23      TIM: Okay. The DeJoria Foundation (inaudible).
24      MALE VOICE: I'm sorry, what was that?
25      TIM: DeJoria, John Paul DeJoria, Paul Mitchell.

**Page 14**

1  You know, he has a nonprofit that is working with
2  connections that we're told at 3M, but we're working
3  through them.  That's our connection there.
4      We have the Astor Club --
5      MALE VOICE:  DeJoria Foundation says that they
6  have respirators available?
7      TIM:  They have connections -- they have
8  connections to 3M where we get the respirators.
9  There's the Astor Club in the U.K. and Canada.  They
10  have and they've shown to have access to accounts as
11  well.
12      Aside from that, we've been working with, you
13  know, distributor chain partners from, you know, just
14  different companies, Metal Wheel, Bionica, Silver
15  Bowl, companies that have been 3M suppliers or 3M OEMs
16  and so forth.
17      MATT STARSIAK:  Real quickly, so I have Kim
18  Shafer on with the DeJoria Foundation, and she can
19  answer some additional questions about how we're
20  connected to 3M and how we're doing this.  So Kim, we
21  have some various people -- haven't been introduced to
22  all of them, but we have Haley Schafer that Ivan
23  reached out to and general counsel for 3M and asked if
24  she could meet with us about this.
25      But Kim, they were asking about the structure and

**Page 15**

1  how we are presenting -- or how we're presented with
2  the 3M products and how we are, in turn, presenting it
3  to our buyers so they could receive some of these lots
4  from 3M.  So Kim, the floor is yours and anybody that
5  wants to ask a question about it, feel free.
6      KIM SHAFER:  Okay, so I want to be clear because
7  there's been so much fraud going around, Haley -- your
8  name is Haley Schafer, and you're a 3M attorney?
9      HALEY SCHAFER:  Yes, and you are Kim Shafer?
10      KIM SHAFER:  I am.  How do you spell your name?
11  Is it simplistic or are there C's and A's or E's and
12  F's?
13      HALEY SCHAFER:  Yeah, how do you spell your last
14  name?
15      KIM SHAFER:  Mine is S-H-A-F-E-R.
16      HALEY SCHAFER:  S-H-A-F-E-R.  Kim Shafer.  Okay.
17      KIM SHAFER:  Correct.
18      HALEY SCHAFER:  Yeah, mine's different.  You know
19  what, let me -- let me tell you guys a little bit
20  about our distribution, and then unfortunately, I'm
21  going to have to jump off soon.
22      But in the United States, 90 percent of our
23  respirators are going to healthcare distributors,
24  first responders, et cetera.  The other 10 percent
25  going to critical infrastructure.  And our TN-95s that

**Page 16**

1  you mentioned that are coming in from outside the
2  United States are going directly to FEMA.
3      So it would be surprising to me if any of the
4  entities that you have talked to actually have
5  respirators for distribution.  And I know when we
6  talked this morning, you mentioned that you were
7  interested in buying something like 900 billion
8  respirators.  Our annual production at the moment is
9  only 1.1 billion.  So obviously, that is impossible to
10  get 900 billion respirators at the moment.
11      KIM SHAFER:  So Haley, yeah, you guys didn't
12  speak to me.  So this is the first time I'm speaking
13  to you.  But I can tell you in our process, right,
14  we're working with -- so John Paul DeJoria is my
15  partner.  And with him, we've been working with
16  multiple states through (inaudible) foundation as
17  well.
18      And so we were specifically working with Texas,
19  and we had New York and California and Michigan and
20  several others contact us, but you can't -- you can't
21  service everybody.  So through our contact, which is
22  (inaudible) supply, we have been doing -- placing
23  manufacturing orders and through healthcare, we've
24  been doing global buys.
25      So very specifically what we advised this client

**Page 17**

1  because they were involved with another distributor
2  who we do not know that was receiving documentation
3  intended for our company, and they were placed on  the
4  phone with an attorney that we do not know that
5  certainly wasn't us.
6      And so on Friday, when we were saying -- when
7  Matt's company told us that they had spoken to our
8  attorney, we had to then at that point say, no, you
9  have not.  So we don't know who you spoke to or what's
10  going on, but it is not our team.
11      And at that point, we found out that there was
12  another company involved that they thought worked for
13  us and we thought worked for them.
14      So we have since sorted that out, and we are
15  doing the manufacturing order with (inaudible) Inc.,
16  and you can look up their connection.  But we have a
17  client by -- another client that had an open PO for
18  Texas because most of these orders are for hospitals,
19  emergency.  In this case, Texas, it was their
20  emergency response team, and we had something very
21  interesting happen with that where we were told that
22  the lot allocation that they were supposed to be
23  getting from global had actually been taken from them,
24  paperwork had been mixed up, and it had been taken
25  from them.

1     And so we are waiting to see that sales agreement
2   comes in today, and if it does not, then I have to
3   tell Texas because they've been waiting to place the
4   PO for two weeks, which is -- that is just not
5   acceptable.
6        HALEY SCHAFER:  Who are you working with in the
7   Texas Emergency Response Team?
8        KIM SHAFER:  So my direct contact is Carol.  Now,
9   we have since put her in a manufacturing run, right?
10  But because they're two separate clients who it'd be
11  best for me to give you the details on that one
12  separately so we don't violate any confidentiality --
13  and I can give you my cellphone number --
14       HALEY SCHAFER:  So Carol -- how do you spell her
15  last name?
16       KIM SHAFER:  Carol Flack.  It's F-L-A-C-K.  And
17  she is my direct contact at the -- for Texas.
18  However, in the emergency response team, when she goes
19  to do an order, she'll put -- she'll have the company
20  go in, and again, I'll tell you that company name
21  without the -- without this customer on the phone.
22       She'll have the customer go in, fill out the
23  form, and essentially, it's Darren something from the
24  Emergency Response Team that then does the actual PO.
25  And 3M actually called Carol last week to confirm that

1   they did have a PO.  And she said it was a very brief
2   call.  She confirmed that it was for their Emergency
3   Response Team, and we still don't have a sales
4   agreement.
5        MATT STARSIAK:  Just to give you some background,
6   I just spoke to Kim just in the last couple minutes,
7   so she didn't hear the background, but Kim, what we
8   were referring to in the first part of this
9   conversation was the charity.  We all know Mr. Branson
10  and Mr. Gates and the request for large amounts,
11  obviously, excessive amounts of masks, and they
12  understand they can't get that many but they hope to
13  get that many some years in the future.
14       But the intent was to find a way where we can
15  have a direct 3M attorney verify some of the things
16  that we've been hearing or some of the things that
17  people have been proposing and see if there is a way
18  to -- to meet their -- those charities' requirement --
19       KIM SHAFER:  The biggest issue we have, right,
20  the manufacturing is the best way because it goes
21  right in.  And then all your documentation is in
22  place.
23       And with that, we found that it is the easiest
24  way to give multiple companies allocations instead of
25  one company everything.  And that's -- that's why we

1   do it.  That's why we ask everybody, hey, whatever the
2   allocation is in the manufacturing, there are times,
3   you know, (inaudible) with Texas.  And all of our --
4   all of our buyers have agreed to do so.
5        And so it's -- it's not one company regardless of
6   what quantity they have because emergent needs are
7   priority now.  So then after that over time, that's
8   when, you know, FEMA and the federal government will
9   then have to replenish that stockpile.
10       So there is a limitation of what's available.
11  It's just there's so much fraud with these brokers and
12  paperwork flying around illegally from purchase orders
13  to proof of funds.
14       So with the changes of the proof of funds, it
15  makes it easier, but it also makes it harder trying to
16  get a banker on the phone.  And I think that from our
17  standpoint, we see both.  We see the buyers that are
18  frustrated, and then we see like in our case with our
19  other client, there's no reason in an emergency
20  response, they do not have their sales agreement and
21  product to fill that order.
22       MATT STARSIAK:  So Haley, do you have any more
23  questions about what we're seeing on our side and do
24  you have any questions --
25       HALEY SCHAFER:  Yeah, I think -- I think what

1   you're seeing on your side is -- is inconsistent with
2   what 3M is doing.  So I have a lot of suspicion about
3   what's going on on your side -- not you but what
4   you're hearing in the market.
5        So for example, we don't -- we don't allocate
6   manufacturing.  And so that must -- might be something
7   that you're, unfortunately, hearing incorrectly from
8   the market.  And we are working with a lot of the
9   emergency response teams for states, including Texas
10  and New York and some of the others that you
11  mentioned.
12       So --
13       KIM SHAFER:  So Texas is our primary.  And so
14  (inaudible) supply is they're literally -- and let me
15  give you the name so that you can verify so that you
16  know what we're saying is exactly what we've been
17  doing.  Do you have a pen?
18       HALEY SCHAFER:  Yes.
19       KIM SHAFER:  Okay.  So it's Dale.
20       HALEY SCHAFER:  Yep.
21       KIM SHAFER:  And the last name is H-I-T-E-S, and
22  the company name is BRI-Supply Inc.
23       HALEY SCHAFER:  Supply Inc.?
24       MALE VOICE:  I'm sorry, what was that?
25       KIM SHAFER:  Yeah, you have it in your email.

Page 22

1  It's BRI-Supply Inc.  And so what we did with Dale's
2  company is we connected them directly with Texas.  And
3  they had an allocation coming, and they are filling a
4  small, urgent need for Texas.  And their pricing for
5  Texas was vastly different, right, because you get all
6  this crazy pricing, and then when 3M sees it, the
7  price is allocated based on where it is.
8      And Haley, what I would like to do is get your
9  number, too, so I can call you back on the other
10  client that was involved with -- with Texas --
11      MATT STARSIAK:  We'll give you that, Kim.  We'll
12  give you that.
13      KIM SHAFER:  Yeah, that would be great.
14      MATT STARSIAK:  You'll get all the contact
15  information for Haley --
16      HALEY SCHAFER:  Yeah, and one of the -- yeah, one
17  of the other things you should know as you look to
18  fill orders is two important things.  One, we strongly
19  recommend you work with 3M authorized distributors.
20  And second of all, our pricing isn't all over the
21  place.  We have kept our pricing the same.
22      And so to the extent you're seeing inflated
23  pricing, that's price gauging, and we again, strongly
24  recommend you steer clear of that.  And I'm sorry, I
25  really do have a 12 o'clock that I have to jump to.

Page 23

1      KIM SHAFER:  Okay.  So can I circle back to you?
2  Because the global is obviously different than here.
3  But I would like to talk to you about the other client
4  and what was going on with that as well.
5      HALEY SCHAFER:  Yeah, I might not be the best
6  person to talk about global issues because that is not
7  my area of focus.  But you can certainly -- you can
8  certainly circle back with us.  No problem.
9      MATT STARSIAK:  Thank you, Haley.
10      KIM SHAFER:  Okay, perfect.
11      MATT STARSIAK:  Thank you for jumping on.  Yeah.
12  And we'll circle back, and thank you for assisting us
13  with this, you know, so far.  And we look forward to
14  future discussions that we can --
15      HALEY SCHAFER:  Absolutely.  Thank you.
16      MATT STARSIAK:  Thank you, Haley.
17      KIM SHAFER:  Thank you, guys.
18      MATT STARSIAK:  Yes, bye-bye.
19      (End of audio recording.)

Page 24

CERTIFICATE

    I, Wendy Sawyer, do hereby certify that I was
authorized to and transcribed the foregoing recorded
proceedings and that the transcript is a true record, to
the best of my ability.

        DATED this 23rd day of July, 2020.

        _____
        WENDY SAWYER, CDLT

**1**

**1.1** 16:9

**10** 15:24

**12** 22:25

**1860s** 4:18

**2**

**2** 2:10 3:8

**2000** 5:13

**2020** 24:8

**23rd** 24:8

**24** 4:20

**3**

**37** 5:25

**3M** 3:11,19,21 4:17
6:2,5,12,17 7:9,20,
22,25 8:6,12,14,23
9:5 10:4,6,13,23
11:2,18,23 12:9,15,
20,24,25 13:22 14:2,
8,15,20,23 15:2,4,8
18:25 19:15 21:2
22:6,19

**9**

**90** 15:22

**900** 16:7,10

**A**

**A's** 15:11

**ability** 24:5

**Absolutely** 23:15

**acceptable** 18:5

**access** 14:10

**accounts** 14:10

**accurate** 8:15

**actual** 7:25 8:23

**10:**23 18:24

**addition** 7:2,3

**additional** 14:19

**advised** 16:25

**Afghanistan** 4:23

**Africa** 5:1

**agencies** 6:6

**agency** 6:11

**agreed** 20:4

**agreement** 18:1 19:4
20:20

**ahead** 3:13 9:24

**air** 4:22,24 5:3,5

**airports** 5:21

**allocate** 21:5

**allocated** 22:7

**allocation** 17:22
20:2 22:3

**allocations** 19:24

**America** 4:25

**AMK** 3:18 4:19 5:14

**amount** 9:14

**amounts** 19:10,11

**annual** 16:8

**anyplace** 13:5

**apologize** 12:23

**appointment** 6:11
7:4

**area** 23:7

**Asia** 4:25

**assistance** 5:4

**assisting** 23:12

**associates** 11:20

**Astor** 13:13 14:4,9

**Astoria** 13:13

**attestation** 6:10 7:4

**attorney** 7:5,7,8,9,
20,21,22,25 8:4,23
9:2,5 10:6,13,15,24

**11:**1,2,18,23 15:8
17:4,8 19:15

**attorney-to-** 8:3

**attorneys** 8:13,14
10:4,12,14 11:4

**audio** 2:1 23:19

**authorized** 22:19
24:3

**AUTOMATED** 2:2

**aware** 6:13

**B**

**back** 5:13 7:15 13:20
22:9 23:1,8,12

**background** 4:9,12,
15,20 5:2 8:9 19:5,7

**Bahamas** 4:25

**bank** 8:5

**banker** 20:16

**banking** 6:15

**based** 22:7

**bases** 5:22

**basically** 6:2,4 7:11
8:24

**basis** 6:14

**beginning** 2:1 4:13

**behalf** 11:2

**biggest** 19:19

**Bill** 6:23 9:1

**billion** 16:7,9,10

**billions** 10:10

**Bionica** 14:14

**bit** 4:15 15:19

**Bowl** 14:15

**Branson** 6:22 8:24
11:11 19:9

**Branson's** 7:19

**BRI-SUPPLY** 21:22
22:1

**bridges** 5:20

**bring** 4:17 6:4,5

**bringing** 12:8

**brings** 8:7

**broker** 10:14

**brokers** 13:18,19
20:11

**brought** 5:18

**buddy** 2:17

**built** 5:13

**buyer** 7:14 9:7

**buyer's** 7:8

**buyers** 10:9 15:3
20:4,17

**buying** 16:7

**buys** 16:24

**bye-bye** 23:18

**C**

**C's** 15:11

**California** 5:12
16:19

**call** 2:2 3:15 4:1,6
19:2 22:9

**called** 5:13,14 6:1
18:25

**Canada** 13:14 14:9

**capability** 12:3

**Caribbean** 4:25

**Carol** 18:8,14,16,25

**case** 17:19 20:18

**cases** 10:13

**CDLT** 24:11

**ceased** 6:16

**cellphone** 18:13

**CEO** 3:18 4:19 9:16

**CERTIFICATE** 24:1

**certify** 6:17 24:2

**cetera** 15:24

**chain** 10:12 12:25
13:5 14:13

**chance** 4:8

**channels** 13:8

**charities** 8:25 11:15

**charities'** 19:18

**charity** 6:22 9:10,11
19:9

**chat** 3:4

**Chevron** 11:13

**circle** 23:1,8,12

**clear** 10:4 12:22 15:6
22:24

**client** 16:25 17:17
20:19 22:10 23:3

**clients** 6:20,21 12:24
18:10

**close** 2:15

**closing** 10:7 13:3,5

**closings** 10:5

**Club** 14:4,9

**colleagues** 3:14,19
4:2

**comfortable** 11:25
12:1

**companies** 14:14,15
19:24

**company** 4:16 5:13,
14 17:3,7,12 18:19,
20 19:25 20:5 21:22
22:2

**complete** 7:10

**compliance** 6:14
8:20

**confidentiality**
18:12

**confirm** 3:2 18:25

**confirmed** 19:2

**connected** 14:20
22:2

**connection** 14:3 17:16

**connections** 13:16 14:2,7,8

**construct** 5:15

**construction** 5:21

**contact** 8:5 11:8 16:20,21 18:8,17 22:14

**continual** 6:13

**contractor** 5:8

**conversation** 8:8 19:9

**coordination** 5:5

**corporate** 12:25

**Corps** 4:21,23

**correct** 6:17 15:17

**correctly** 12:1

**counsel** 14:23

**counter** 4:24

**countries** 5:25

**couple** 19:6

**crazy** 22:6

**critical** 15:25

**customer** 18:21,22

**D**

**Dale** 21:19

**Dale's** 22:1

**Darcy** 13:3

**Darren** 18:23

**DATED** 24:8

**day** 24:8

**deal** 13:4

**dealing** 10:4

**Dejoria** 13:23,25 14:5,18 16:14

**Department** 4:21

**details** 18:11

**Diego** 11:12

**diligence** 8:6

**direct** 8:3 12:25 13:16,17 18:8,17 19:15

**directly** 16:2 22:2

**disaster** 5:16

**discretely** 11:16

**discussions** 4:6 23:14

**distribution** 15:20 16:5

**distributor** 6:2 14:13 17:1

**distributors** 12:24 15:23 22:19

**documentation** 17:2 19:21

**documents** 7:11

**dollars** 10:10

**doubt** 11:3

**drug** 4:24 5:3

**due** 8:6

**E**

**E's** 15:11

**earthquakes** 5:6,10

**easier** 20:15

**easiest** 19:23

**email** 3:1 8:12 21:25

**emergency** 17:19,20 18:7,18,24 19:2 20:19 21:9

**emergent** 20:6

**end** 3:16 23:19

**Energy** 3:18 4:19 5:14

**engage** 8:2

**ensure** 8:7 12:1

**entities** 16:4

**equipment** 6:4,5

**escaped** 13:12

**essentially** 18:23

**ex-owner** 11:12

**excellent** 3:22,25

**excessive** 19:11

**explain** 9:20

**extent** 22:22

**F**

**F's** 15:12

**F-L-A-C-K** 18:16

**facilitate** 8:3 11:22

**fashion** 9:4

**federal** 20:8

**feel** 11:24,25 15:5

**FEMA** 5:8 6:16 16:2 20:8

**fill** 18:22 20:21 22:18

**filling** 22:3

**find** 10:13 19:14

**Flack** 18:16

**floor** 15:4

**Florida** 5:11

**fly** 2:11

**flying** 20:12

**focus** 23:7

**foregoing** 24:3

**form** 7:1 13:3 18:23

**format** 7:3

**forward** 23:13

**found** 17:11 19:23

**foundation** 6:23 9:1 11:9,10 13:10,13,23 14:5,18 16:16

**fraud** 15:7 20:11

**free** 15:5

**Friday** 17:6

**frustrated** 20:18

**fund** 5:14

**funds** 8:1,4 10:10,16 20:13,14

**future** 19:13 23:14

**G**

**Gannon** 3:23,24 4:1

**Gates** 6:23 9:1 11:9, 10 19:10

**gauging** 22:23

**gauntlet** 9:25

**general** 14:23

**get all** 22:5,14

**give** 2:7 4:9,14 8:9 18:11,13 19:5,24 21:15 22:11,12

**giving** 10:11 11:5

**global** 16:24 17:23 23:2,6

**good** 2:9 4:6 8:9

**government** 2:18 4:24 5:2,15,22,24 6:6,10,12 7:3 20:8

**governments** 4:17 5:17,19,20,23 12:5

**great** 2:10 4:13 22:13

**group** 3:4 6:1 7:19 8:25 10:17 11:13

**groups** 12:6,13,15

**guidance** 11:6

**guys** 11:7 15:19 16:11 23:17

**H**

**H-I-T-E-S** 21:21

**Haiti** 5:6

**Haley** 3:10,12,14,19, 22,25 4:7,8,11 6:20 8:11 9:7,12,20 11:7, 22 12:18 13:1 14:22 15:7,8,9,13,16,18

16:11 18:6,14 20:22, 25 21:18,20,23 22:8, 15,16 23:5,9,15,16

**handle** 11:24

**hands** 12:4

**happen** 6:13 17:21

**happy** 7:14 9:8

**harder** 20:15

**Hariri** 7:6

**healthcare** 15:23 16:23

**hear** 19:7

**hearing** 19:16 21:4,7

**Heiss** 3:21 4:1

**hey** 2:5,22 20:1

**hiccups** 11:5

**highways** 5:21

**homes** 5:9

**hope** 9:2 19:12

**hospitals** 12:5 17:18

**humanitarian** 5:4

**hurricanes** 5:9

**hut** 5:9

**I**

**illegally** 20:12

**important** 22:18

**impossible** 16:9

**inaudible** 2:24 3:9 5:5 7:5 10:8 12:14,16 13:8,10,23 16:16,22 17:15 20:3 21:14

**including** 21:9

**inconsistent** 21:1

**incorrectly** 8:21 21:7

**individuals** 6:24

**inflated** 22:22

**information** 8:6 10:16,18 22:15

**infrastructure** 5:15, 22 15:25
**inspection** 10:5
**intended** 17:3
**intent** 12:2,7 19:14
**interested** 16:7
**interesting** 17:21
**internationally** 12:6
**introduced** 14:21
**involved** 13:15 17:1, 12 22:10
**Iraq** 4:22
**issue** 19:19
**issues** 4:3 6:15 23:6
**Ivan** 11:21 14:22

**J**

**jaded** 10:21
**Joel** 3:21 4:1
**John** 13:25 16:14
**joining** 3:15
**July** 24:8
**jump** 8:21 9:17,18 15:21 22:25
**jumping** 23:11

**K**

**Kim** 2:8 9:17 14:17, 20,25 15:4,6,9,10,15, 16,17 16:11 18:8,16 19:6,7,19 21:13,19, 21,25 22:11,13 23:1, 10,17
**kind** 4:7,9 9:6,18,20
**knowledge** 8:18,22

**L**

**large** 9:14 10:9 19:10
**Latin** 4:25
**lead** 3:6
**letter** 6:10,11 7:4
**level** 9:16
**limitation** 20:10
**link** 13:16,17
**literally** 10:15 21:14
**LOI** 7:2,17
**loose** 10:22
**lot** 7:14,16,17 10:9,13 17:22 21:2,8
**lots** 6:16,18 7:13 12:3,9 13:21 15:3
**Louisiana** 5:11

**M**

**make** 6:17 11:25
**makes** 20:15
**MALE** 12:8 13:20,24 14:5 21:24
**manufacturing** 16:23 17:15 18:9 19:20 20:2 21:6
**Marine** 4:23
**Marines** 4:20
**Mark** 2:3,4,5,10,13, 16,20 3:6,8,9,12,15 8:19,21 9:17,22,24
**market** 21:4,8
**masks** 12:2 19:11
**material** 10:18
**Matt** 2:4,7,12,15,18, 22,24 3:4,6,7,12,17 4:4,14 8:17 9:10,13, 23 11:10 12:10 14:17 19:5 20:22 22:11,14 23:9,11,16,18
**Matt's** 17:7
**Matthew** 3:17 4:18
**meet** 14:24 19:18
**meetings** 2:19
**members** 6:23
**mentioned** 6:21 7:18 16:1,6 21:11
**met** 6:1
**Metal** 14:14
**Michigan** 16:19
**middle** 10:2
**Mika** 2:21,22,23 3:3, 17 8:19,21
**Mike** 3:22,24 4:1
**mind** 9:15
**Mine** 15:15
**mine's** 15:18
**minutes** 19:6
**misread** 8:15
**Mitchell** 13:25
**mixed** 17:24
**moment** 16:8,10
**morning** 4:7 16:6
**multiple** 16:16 19:24
**Myanmar** 5:5

**N**

**names** 11:11
**needed** 5:17 6:10 7:6
**needing** 10:10 12:6
**night** 2:17
**nonprofit** 14:1
**nonprofits** 13:11,14
**notified** 7:13
**number** 2:24 3:1 18:13 22:9

**O**

**OEMS** 12:24 14:15
**officer** 8:19,20
**officer's** 8:5
**open** 17:17
**operations** 5:4 8:19
**order** 7:12,16 17:15 18:19 20:21
**orders** 6:5 12:14,16 16:23 17:18 20:12 22:18
**overview** 4:8

**P**

**package** 7:9,10
**paperwork** 6:25 7:1, 18 9:4 17:24 20:12
**part** 8:23 19:8
**participate** 6:21
**partner** 16:15
**partners** 14:13
**partying** 2:16,18
**past** 11:4
**Paul** 13:25 16:14
**pause** 12:19
**pen** 21:17
**people** 10:1 11:13,17 12:4,23 14:21 19:17
**percent** 15:22,24
**perfect** 4:4,14 23:10
**person** 23:6
**phone** 17:4 18:21 20:16
**phonetic** 4:1 7:6 13:3
**place** 18:3 19:22 22:21
**placing** 16:22
**PO** 17:17 18:4,24 19:1
**POF** 6:14 7:5
**POFS** 7:6
**point** 10:3 17:8,11
**PPE** 5:24
**presented** 15:1
**presenting** 13:21 15:1,2
**pretty** 8:9
**price** 7:14,16 9:8 22:7,23
**pricing** 22:4,6,20,21, 23
**primary** 21:13
**priority** 20:7
**problem** 23:8
**proceedings** 24:4
**process** 6:3,7,19 8:23 9:9,15,19,20 12:11 13:15 16:13
**product** 20:21
**production** 12:3,14, 16 13:8 16:8
**products** 15:2
**projects** 5:15 10:19
**proof** 8:1,4 10:16 20:13,14
**proposing** 19:17
**protect** 11:3
**publicly** 11:14
**Puerto** 5:7,8
**purchase** 9:14 20:12
**purposes** 10:20
**pushing** 12:15,20
**put** 7:17 18:9,19

**Q**

**qualify** 7:17
**quantity** 20:6
**question** 8:11 11:7 13:20 15:5
**questions** 14:19 20:23,24
**quickly** 8:16 14:17

**R**

Ramine 7:6

ran 4:22,23

reach 5:19 8:2,10 9:2,5

reached 8:12 11:20, 21 14:23

read 8:15

Real 14:17

reason 10:21 20:19

rebuilding 5:9,22

receive 6:12 15:3

received 6:25

receiving 17:2

recent 5:9

recognize 11:12

recommend 22:19, 24

record 24:4

recorded 2:2 24:3

recording 2:1 23:19

Redstone 6:1

referring 9:11 19:8

reliable 13:9

relief 5:16

rely 13:18

relying 9:8

remember 13:12

replenish 20:9

representing 6:11

request 8:8,10 19:10

requested 9:13

required 7:3,11

requirement 19:18

requirements 7:2

respirator 4:3

respirators 4:18

12:9 13:22 14:6,8 15:23 16:5,8,10

responders 15:24

response 17:20 18:7,18,24 19:3 20:20 21:9

Rico 5:7,8

rightly 8:1

roads 5:21

run 18:9

running 5:4

**S**

S-H-A-F-E-R 15:15, 16

sale 12:9 13:22

sales 18:1 19:3 20:20

Saturday 2:13

Sawyer 24:2,11

Schafer 3:10,14,19, 22,25 4:11 8:11 9:7, 12 11:7 12:18 13:1 14:22 15:8,9,13,16, 18 18:6,14 20:25 21:18,20,23 22:16 23:5,15

scratchy 2:5

search 10:18

second-largest 5:7

sees 22:6

separate 18:10

separately 18:12

service 5:3 16:21

Services 4:19 5:14

set 12:13

Shafer 14:18 15:6,9, 10,15,16,17 16:11 18:8,16 19:19 21:13, 19,21,25 22:13 23:1, 10,17

she'll 18:19,22

shown 14:10

side 4:23 6:14 9:21 20:23 21:1,3

Silver 14:14

simplistic 15:11

situation 10:25

small 22:4

sort 13:17

sorted 17:14

Sound 2:16

sounded 8:12

Sources 3:18

Spacex 6:23 11:9

speak 7:20 16:12

speaking 16:12

specifically 5:16 16:18,25

spell 15:10,13 18:14

spent 4:20

spoke 17:9 19:6

spoken 4:12 17:7

standpoint 20:17

Starsiak 2:4,7,12,15, 18,22,24 3:4,7,12,17, 18 4:4,14,19 8:17 9:10,13,23 11:10 12:10 14:17 19:5 20:22 22:11,14 23:9, 11,16,18

started 4:13

state 4:21 11:14

statement 8:5

states 15:22 16:2,16 21:9

steer 22:24

step 9:19,20

stockpile 20:9

strong 13:15

strongly 22:18,23

structure 12:11

14:25

structured 13:8

STS 10:5

submit 7:12 8:1

submitted 7:10 9:3

submitting 7:1

suppliers 14:15

supply 5:24 16:22 21:14,23

support 4:16 5:19,20

supposed 17:22

surprising 16:3

suspicion 21:2

**T**

takes 10:15

talk 2:9 11:18,24 23:3,6

talked 16:4,6

team 17:10,20 18:7, 18,24 19:3

team's 8:18

teams 21:9

templates 6:12

Texas 5:11 16:18 17:18,19 18:3,7,17 20:3 21:9,13 22:2,4, 5,10

thing 13:2

things 2:8 5:20 13:3 19:15,16 22:17,18

thought 17:12,13

tidal 5:6

Tim 9:22,23,24,25 12:10,12,22 13:2,23, 25 14:7

time 5:17 16:12 20:7

times 20:2

TN-95S 15:25

today 2:6 18:2

told 7:7 9:3,4,7 10:12 14:2 17:7,21

transactional 10:12, 14 11:1 13:4

transactions 10:2, 11

transcribed 24:3

transcript 24:4

trillion-dollar 6:22

true 24:4

turn 10:22,23 15:2

turns 10:16

type 2:19

**U**

U.K. 13:14 14:9

U.S. 4:24 5:24 12:5

understand 19:12

United 15:22 16:2

updates 2:7

urgent 22:4

**V**

Van 3:21 4:1

vastly 22:5

verify 9:5 19:15 21:15

violate 18:12

VOICE 2:2 12:8 13:20,24 14:5 21:24

**W**

waiting 9:1 11:18 18:1,3

walk 9:18 12:10

walked 6:7

war 4:22,24 5:3

waves 5:6

**wealthy** 6:24

**week** 6:25 9:1 11:18
18:25

**weekend** 11:20

**weeks** 6:8 18:4

**well-known** 11:11

**Wendy** 24:2,11

**Wheel** 14:14

**wildfires** 5:12

**work** 4:17 5:25 6:3
9:9 22:19

**worked** 5:4 13:11
17:12,13

**working** 4:2 5:8 7:12
8:13,14 9:19 10:14
12:21,23 14:1,2,12
16:14,15,18 18:6
21:8

**works** 4:21

**world** 6:1

**Wright** 2:3,5,10,13,
16,20 3:6,8,9,12,15
8:19 9:24

---
**X**
---

**Xavier** 2:21,23 3:3,17
8:19,20

---
**Y**
---

**years** 4:20,22 19:13

**York** 16:19 21:10