# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW STARSIAK,<br>AMK ENERGY SERVICES LLC, and<br>JOHN DOES 1 THROUGH 10,<br>whose true names are largely unknown.<br><br>    Defendants. | CASE NO. 0:20-CV-01314-SRN-TNL<br><br>DECLARATION OF<br>KERRY L. BUNDY |

I, Kerry L. Bundy, pursuant to 28 U.S.C. § 1746 and upon penalty of perjury, declare as follows:

1. I am a resident of the State of Minnesota; over the age of 18; and competent to make this declaration. I could and would testify as to the matters set forth herein, if called upon to do so.

2. I am a partner in the Minneapolis office of the law firm of Faegre Drinker Biddle & Reath LLP. I am counsel of record for Plaintiff 3M Company ("3M") in the above-captioned action.

3. I submit this Declaration in support of 3M's Memorandum in Opposition to Defendants' Motion to Dismiss.

4. The information set forth herein is based on: (i) my representation of 3M in this lawsuit; (ii) my review of the documents attached hereto as exhibits; and (iii) my review of the pleadings and proceedings to date in this lawsuit.

5. I attached hereto as **Exhibit 1** a true and correct copy of DEFS003768 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

6. I attach hereto as **Exhibit 2** a true and correct copy of 3M_AMK_00000549-550 produced by Plaintiff 3M Company on July 17, 2020.

7. I attached hereto as **Exhibit 3** a true and correct copy of excerpts from the deposition transcript of Matthew Starsiak, taken on July 27, 2020.

8. I attached hereto as **Exhibit 4** a true and correct copy of DEFS000859-62 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

9. I attached hereto as **Exhibit 5** a true and correct copy of excerpts from the deposition transcript of Eric Schuster, taken on July 29, 2020.

10. I attached hereto as **Exhibit 6** a true and correct copy of DEFS001615-29 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

11. I attached hereto as **Exhibit 7** a true and correct copy of DEFS001330-34, excerpted from DEF001330-74 and produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

12. I attached hereto as **Exhibit 8** a true and correct copy of DEFS003758 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

13. I attached hereto as **Exhibit 9** a true and correct copy of DEFS000920-24 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

14. I attach hereto as **Exhibit 10** a true and correct copy of 3M_AMK_00000569 produced by Plaintiff 3M Company on July 17, 2020.

15. I attached hereto as **Exhibit 11** a true and correct copy of DEFS001322-27 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

16. I attach hereto as **Exhibit 12** a true and correct copy of 3M_AMK_00000577-578 produced by Plaintiff 3M Company on July 17, 2020.

17. I attach hereto as **Exhibit 13** a true and correct copy of 3M_AMK_00000597-598 produced by Plaintiff 3M Company on July 17, 2020.

18. I attached hereto as **Exhibit 14** a true and correct copy of DEFS002476 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

19. I attached hereto as **Exhibit 15** a true and correct copy of DEFS001841-42 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

20. I attached hereto as **Exhibit 16** a true and correct copy of DEFS000955-58 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

21. I attached hereto as **Exhibit 17** a true and correct copy of excerpts from the deposition transcript of Haley Schaffer, taken on July 31, 2020.

22. I attach hereto as **Exhibit 18** a true and correct copy of 3M_AMK_00000558-559 produced by Plaintiff 3M Company on July 17, 2020.

23. I attach hereto as **Exhibit 19** a true and correct copy of 3M_AMK_00000563-566 produced by Plaintiff 3M Company on July 17, 2020.

24. I attach hereto as **Exhibit 20** a true and correct copy of 3M_AMK_00000560-562 produced by Plaintiff 3M Company on July 17, 2020.

25. I attach hereto as **Exhibit 21** a true and correct copy of 3M_AMK_00000048 produced by Plaintiff 3M Company on July 17, 2020.

26. I attach hereto as **Exhibit 22** a true and correct copy of 3M_AMK_00000579-583 produced by Plaintiff 3M Company on July 17, 2020.

27. I attach hereto as **Exhibit 23** a true and correct copy of 3M_AMK_00000021-22 produced by Plaintiff 3M Company on July 17, 2020.

28. I attach hereto as **Exhibit 24** a true and correct copy of 3M_AMK_00000049-53 produced by Plaintiff 3M Company on July 17, 2020.

29. I attached hereto as **Exhibit 25** a true and correct copy of DEFS001524-27 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

30. I attached hereto as **Exhibit 26** a true and correct copy of DEFS001511-15 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

31. I attached hereto as **Exhibit 27** a true and correct copy of DEFS003082-90 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

32. I attached hereto as **Exhibit 28** a true and correct copy of DEFS003776 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

33. I attached hereto as **Exhibit 29** a true and correct copy of DEFS003264-66 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

34. I attached hereto as **Exhibit 30** a true and correct copy of DEFS000904-11 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

35. I attached hereto as **Exhibit 31** a true and correct copy of DEFS001253-57 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

36. I attach hereto as **Exhibit 32** a true and correct copy of 3M_AMK_00000017-20 produced by Plaintiff 3M Company on July 17, 2020.

37. I attach hereto as **Exhibit 33** a true and correct copy of 3M_AMK_00000058-64 produced by Plaintiff 3M Company on July 17, 2020.

38. I attach hereto as **Exhibit 34** a true and correct copy of 3M_AMK_00000016 produced by Plaintiff 3M Company on July 17, 2020.

39. I attach hereto as **Exhibit 35** a true and correct copy of DEFS001649 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

40. I attach hereto as **Exhibit 36** a true and correct copy of DEFS003782 produced by Matthew Starsiak and AMK Energy Services LLC on July 17, 2020.

41. I attach hereto as **Exhibit 37** true and correct copies of 3M_AMK_00000016; 3M_AMK_00000473-475, 3M_AMK_00000575-576, 3M_AMK_00000586-588, 3M_AMK_00000466-469, 3M_AMK_00000594, 3M_AMK_00000567-568, 3M_AMK_00000592-593, 3M_AMK_00000031, 3M_AMK_00000034, 3M_AMK_00000591, 3M_AMK_00000065, 3M_AMK_00000370-374, 3M_AMK_00000584, 3M_AMK_00000557, and 3M_AMK_00000556 produced by Plaintiff 3M Company on July 17, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 26th day of August, 2020.

                                                 _/s/ Kerry L. Bundy_