# EXHIBIT 17

UNITED STATES OF DISTRICT COURT

DISTRICT OF MINNESOTA

---

Court File No: 0:20-CV-01314 (SRN/DTS)

3M COMPANY,

        Plaintiff,

vs.

MATTHEW STARSIAK,

AMK ENERGY SERVICES LLC, and

JOHN DOES 1 THROUGH 10, whose

true names are largely unknown,

        Defendants.

---

- - - - - - - - - - - - - - - - - - - - - - - -

VIDEOCONFERENCE DEPOSITION VIA ZOOM OF

HALEY SCHAFFER

- - - - - - - - - - - - - - - - - - - - - - - -

Taken: July 31, 2020          By Mary Piehl, B.S.Ed, RPR

Page 12

1       message from Mr. Starsiak that Mr. Motalebi

2       forwarded to him, and he said he recalled

3       receiving it.  I also -- but did not have a copy

4       of it anymore.  I asked him if he -- about his

5       conversation with Eric Schuster when Eric Schuster

6       first reached out to him by phone.

7    Q.  And do you know when the call, the voicemail from

8       Mr. Starsiak was made to Mr. Motalebi?

9    A.  I believe's around May 7th, give or take a couple

10      days, or maybe a week or two.  I don't recall the

11      first date.  It was before I talked to

12      Mr. Starsiak, I know that.

13   Q.  Okay.  And did you discuss anything else with

14      Mr. Fong in preparation today?

15   A.  No, I did not.

16   Q.  And other than Mr. Fong and Mr. Motalebi, did you

17      have any other discussions, other than your

18      counsel, about your deposition testimony today?

19   A.  No, I did not.

20   Q.  Okay.  And you mentioned that you reviewed some

21      documents in preparing for today's proceeding.

22      Can you identify what those documents were?

23   A.  Correspondence.

24          MS. BUNDY:  Sorry, Ms. Schaffer.  If I

25      might add, to the extent that those documents